UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY SOBERMAN PARKET,<br><br>Defendant. | **Application for Order of Continuance**<br><br>22 Mag. 1290 |

STATE OF NEW YORK         )
COUNTY OF NEW YORK    ) ss.
SOUTHERN DISTRICT OF NEW YORK   )

        JANE CHONG, pursuant to 28 U.S.C. §1746, hereby affirms the truth of the following under penalties of perjury:

        1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York.  I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).  This is the first order of continuance that has been sought in this case.

        2.     The defendant was charged in a complaint, dated February 8, 2022, with violating Title 18, United States Code, Sections 1341 (wire fraud), 1343 (wire fraud), 1344 (bank fraud), and 1028A (aggravated identity theft).  On June 30, 2021, the defendant was arrested, and on February 11, 2022, he was presented before Magistrate Judge Debra Freeman, and released on bond.  Following the initial presentment, defense counsel waived his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 21 days of the initial appearance.  Accordingly, under the Speedy Trial Act, the Government has until March 14, 2022 within which to file an indictment or information. The defendant was represented at his presentment by defense counsel Samuel Braverman, Esq.

2

3. Defense counsel and I are engaged in discussions concerning a possible disposition. Those discussions have not been completed, and we plan to continue our discussions, but we do not anticipate a resolution before the deadline under the Speedy Trial Act expires on March 14, 2022.

4. Therefore, the Government is requesting a 30-day continuance until April 13, 2022, to continue the foregoing discussions. Defense counsel consented to this request by email on March 3, 2022.

5. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: New York, New York
       March 8, 2022

_____
JANE CHONG
Assistant United States Attorney
(917) 763-3172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEFFREY SOBERMAN PARKET,

Defendant.

**Order of Continuance**

22 Mag. 1290

Upon the application of the United States of America and the affirmation of Jane Chong, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Sections 1341 (wire fraud), 1343 (wire fraud), 1344 (bank fraud), and 1028A (aggravated identity theft), in a complaint dated February 8, 2022, and was arrested on February 11, 2022;

It is further found that the defendant was presented before Magistrate Judge Debra Freeman on February 11, 2022, and was released on bond;

It is further found that Samuel Braverman, Esq., counsel for the defendant, has been engaged in, and is continuing, discussions concerning a possible disposition of this case with Assistant United States Attorney Jane Chong;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

1

2

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until April 13, 2022, and that a copy of this Order and the affirmation of Assistant United States Attorney Jane Chong be served by email on defense counsel by the United States Attorney's Office.

Dated: New York, New York
       March 14, 2022

_____
United States Magistrate Judge
Southern District of New York

2