

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

May 25, 2022

Hon. Mary K. Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Jeffrey Parkett*
*Case No.: 22 MJ 1290*

Dear Judge Vyskocil,

    I represent Jeffrey Parkett, who is scheduled to be arraigned before Your Honor tomorrow, May 26. With the consent of AUSA Jane Chong, I respectfully request a one-week adjournment of tomorrow's arraignment conference. Unfortunately, I am under the weather this week and my law partner Louis Fasulo is out of town this week and unable to cover for me. I respectfully request that we adjourn tomorrow's arraignment until either Thursday, June 2 or Friday, June 3, at which time either I will be back up to full speed or my partner will be back in town and able to cover for me. Both proposed dates work for my partner and for the Government.

    I consent to the exclusion of time under the Speedy Trial Act as an adjournment at defense request.

    I thank the Court for its consideration and will notify my client of the Court's decision. My client remains at liberty under bond and is in full compliance with the terms of his bond.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: Jane Chong, AUSA