UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/22
```

UNITED STATES OF AMERICA,

           -against-

Jeffrey Soberman Parket

           Defendant.

1:22-mj-1290 (UA)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    The arraignment scheduled for May 26th at 10:45 has been adjourned to June 2nd at 2:30. The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

    On consent of the Defendant, all time between now and June 2, 2022 is excluded for purposes of the Speedy Trial Act.  The Court finds that the interest of justice served by the exclusion of such time outweighs the interest of the Defendant and the public in a speedy trial.  The exclusion allows time for the Defendant to confer with his counsel before arraignment, and discuss potential consensual disposition of the case, should he so desire.

**SO ORDERED.**

**Date: May 26, 2022**

*Mary Kay Vyskocil*
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK